IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CARL WATTS                                                                                    PLAINTIFF

V.                                                                                    NO. 4:10CV090-P-A

ANTONIO JEFFERSON, et al.                                                          DEFENDANTS

## ORDER DENYING FILING AND CLOSING CASE

This matter is before the court, *sua sponte*, for consideration. The Plaintiff, an inmate in the custody of the Mississippi Department of Corrections, has submitted a complaint *pro se* pursuant to 42 U.S.C. § 1983, along with an application to proceed *in forma pauperis*. As a result of frivolous or meritless case filings, in an order dated August 28, 2006, the Fifth Circuit Court of Appeals in, *Watts v. Baily*, cause number 4:05CV123, Carl Watts was barred from filing *in forma pauperis* cases pursuant to 28 U.S.C. § 1915(g). Thus, the Plaintiff may not file a new cause of action without paying the filing fee or demonstrating he is in imminent danger of serious physical injury. The Plaintiff has done neither. Consequently, it is

**ORDERED:**

1) that this complaint is dismissed and the case CLOSED.

THIS the 13th day of August, 2010.

                                              /s/ W. Allen Pepper, Jr.
                                              W. ALLEN PEPPER, JR.
                                              UNITED STATES DISTRICT JUDGE